UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | Case No. 24-cr-40016-MRG |
| BRUCE W. SPINNEY, III ) | |
| ) | |
| Defendant. ) | |

## INITIAL STATUS REPORT

The United States, with the assent of the defendant through his counsel of record, respectfully submit the following Status Report pursuant to Local Rules 116.5(a) for the Initial Status Conference scheduled for July 19, 2024, at 9:30 a.m.  Based on the following, the parties respectfully submit that the Court should cancel the Initial Status Conference and schedule an Interim Status Conference in approximately 60 days in September 2024.

### Overview of the Case

1. The indictment was returned on June 6, 2024, and charges defendant BRUCE W. SPINNEY III with three counts of wire fraud, in violation of 18 U.S.C. § 1343, and one count of conducting an unlawful monetary transaction, in violation of 18 U.S.C. § 1957.  The indictment alleges a scheme to defraud investors in the defendant's marijuana dispensary business in Grafton and Mendon, Massachusetts.

2. The defendant made his initial appearance on the indictment before this Court on June 7, 2024.  The defendant is not in custody and is on conditions of pre-trial release.

### Status of Automatic Discovery

3. The Government made an initial production of documents on June 21, 2024, and completed automatic discovery by June 26, 2024.  There were some technical issues with the discovery, but those have now been resolved. The discovery is voluminous and includes thousands

1

of pages of bank and financial records as well as emails from grand jury subpoenas and search warrant.

4. There are no outstanding discovery requests.

### Timing of Additional Discovery to be Produced

5. The government is still awaiting additional materials that it requested from grand jury subpoena. The government will disclose those materials upon receipt which it expects within the next 30 days.

### Timing of Additional Discovery Requests

6. Since the defendant has just received the initial discovery, the defendant will need additional time to determine whether any written discovery requests will be necessary.

### Protective Orders

7. A protective order was entered by the Court on June 21, 2024.

### Timing of Pre-Trial Motions

8. The parties submit that since the defendant is still in the process of reviewing discovery that it is still too soon to determine whether any pre-trial motions will be necessary.

### Timing of Expert Witness Disclosures

9. The parties submit that it is too early to schedule any deadlines regarding disclosures of expert witnesses under Rule 16 as follows.

### Periods of Excludable Delay under the Speedy Trial Act

10. The parties submit that the following periods of time under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, should be excluded in the interests of justice:

   a. The period from the initial appearance and arraignment on June 7, 2024, until the initial status conference scheduled for July 19, 2024; and

    b. The period from July 19, 2024, until the interim status conference to enable the defendant to review discovery.

### Timing for Further Status Conference

11.    The parties submit that the court should set an interim status conference for September 2024, or in approximately 60 days.

12.    Undersigned counsel has shared a copy of this status report with counsel of record for the defendant who join in the report.

Respectfully submitted,

JOSHUA S. LEVY
Acting United States Attorney

By:    /s/ *Neil Gallagher*
Neil J. Gallagher, Jr.
Assistant U.S. Attorney

Date Submitted: July 12, 2024

### Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Neil J. Gallagher, Jr.*
Neil J. Gallagher, Jr.