**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **v.** | ) |
| | ) **Case No. 24-cr-40016-MRG** |
| **BRUCE W. SPINNEY, III** | ) |
| | ) |
| **Defendant.** | ) |

**UNITED STATES' EXHIBIT LIST**

Pursuant to Local Rule 117.1(a)(8)(B) and the Court's Pre-Trial Order, the Government respectfully submits the following list of exhibits that it will seek to introduce during its case-in-chief.

The Government reserves the right to supplement or edit the list of exhibits with reasonable notice to the Defendant. If the Government subsequently decides to offer any additional exhibits in its case-in-chief, the Government shall promptly provide the Defendant with a copy of the exhibit and a supplemental exhibit list. The Government also reserves the right to introduce the exhibits out of order and elect to not introduce certain exhibits.

The Government is seeking to introduce the following exhibits pursuant to Fed. R. Evid. 803(6) and 902(11):  6-8 and 65-87.  The Exhibits marked as Numbers 88-92 are "placeholders" for summary charts under Fed. R. Evid. 1006 and demonstrative exhibits or "chalks." The Government reserves the right to edit these exhibits to clean up formatting issues and to ensure their accuracy before they are marked as final exhibits.

1

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By:    /s/ *Neil Gallagher*
       Neil J. Gallagher, Jr.
       Assistant U.S. Attorney
       Ezra K. Spiro
       Trial Attorney
       DOJ Tax Division

Date Submitted:  October 20, 2025

Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Neil J. Gallagher, Jr.*
Neil J. Gallagher, Jr.

2

| Ex No. | Description |
|---|---|
| 1 | Email chain between Ide and Spinney on 8.9.2019, re: Agenda with updated August 13 2019 Agenda attachment |
| 2 | Agenda for August 13, 2019 Meeting (dated 8.9.2019) |
| 3 | Email chain between Ide and Spinney between Ide and Spinney between 8.9.2019 and 8.12.2019, re: August 13, 2019 Meeting Packet Link |
| 4 | Amended Agenda for August 13, 2019 Meeting (dated 8.12.2019) |
| 5 | Pages from BOS Meeting Packet for August 13, 2019 Meeting |
| 6 | MA Secretary of State Records for Spinney Enterprises |
| 7 | MA Secretary of State Records for Spinney Properties LLC |
| 8 | MA Secretary of State Records for Noble Manna |
| 9 | Video Clip of August 13, 2019 Select Board Meeting |
| 10 | Signed Letter of Intent between SPINNEY and Fawaz El Khoury |
| 11 | Video Clip of September 26, 2019 Outreach Meeting |
| 12 | Agenda for October 15, 2019 Select Board Meeting |
| 13 | Pages from BOS Meeting Packet for October 15, 2019 Meeting |
| 14 | Video Clip of October 15, 2019 Select Board Meeting [3:50-21:31] |
| 15 | $75,000 Check (1029) from Paul and Amy Tamagni to Noble Manna dated 10.17.2019 |
| 16 | Nobble Manna Term Sheet signed by Amy Tamagani on 10.17.2019 |
| 17 | Email sent 10.22.2019 at 3:08 PM from Spinney to Tamagani, Re: Amy Tamangi |
| 18 | Noble Mann Convertible Note dated 10.22.2019 |
| 19 | Wire Transfer Records from MNB for wires on 10.23.19, 10.24.19, and 11.5.19 |
| 20 | Email Chain with Spinney and Tamagani sent between 10.31-11.4.2019, Re: Documents |
| 21 | Email Chain sent on 2.4.2021, re: Noble Manna Inc. with Attachment (Letter to Spinney) |
| 22 | Noble Manna Rescission and Release Agree dated 3.30.2021 |
| 23 | Email from Spinney to Grenier on 10.1.2019 at 1:46 PM, Re: information and safe sheet with attachments |
| 24 | Attachment: *130_worcester_rmd* (Spreadsheet of Projections Prepared by Bruce Spinney) |
| 25 | PDF of Projections with Properties |
| 26 | Attachment: *130_worcester st_deck* (Noble Mann PowerPoint) |
| 27 | PDF of Properties of Noble Manna PPT |
| 28 | Attachment: *Justin Safe* (Draft SAFE Agreement for Spinney Enterprises, Inc.) |
| 29 | Email Chain between Spinney and Grenier sent on 10.8.19, Re: Seed $ |
| 30 | Email Chain between Spinney and Grenier sent between 10.25 to 10.29.19, Re: Questions |
| 31 | $25,000 Bank of America Check from Grenier to Noble Manna dated 11.5.2019 |
| 32 | Noble Manna Newsletter sent on 2.13.2020 |
| 33 | $60,000 Central One Credit Union Check (4992) from Joseph and Wendy Arcudi to Noble Manna dated 11.13.2019 |
| 34 | $50,000 Unibank Check (798) from David Swfit to Noble Manna dated 2.28.2020 |
| 35 | $25,000 Bank of Amercia Check (131) from James Maloney to Spinney Enterprises dated 9.20.2019 |
| 36 | Email from Mark Donahue to James Maloney on 6.7.2019 re: Mendon Short Term Financing Opportunity (with 4 attachments) |
| 37 | (A) $150 Asset-Backed Investment Opportunity - 47 Mildford Street, Mendon, MA |

| | |
|---|---|
| 38 | (B) Cash Flow Forecast - 3 Year Outlook |
| 39 | (C) Master Business Plan - Cannabis Retail Store |
| 40 | (D) Offer to Purchase 47 Milford for $1,003,000 dated 5.6.2019 |
| 41 | $10,000 Check (2188) from Daniel Page, Page Contracting to Spinney Enterprises dated 9.30.2019 |
| 42 | Signed SAFE Agreement for Spinney Enterprises ($30,000) dated 9.30.2019 |
| 43 | Page CAD Drawing of Mendon dated 11.20.2019 |
| 44 | Text Messages between Page and Spinney on 11.25.2020 |
| 45 | $39,500 Check to Page dated 6.1.2021 |
| 46 | Text Messages between Page and Spinney on 7.27.2021 |
| 47 | Page Contracting Transaction Summary with Spinney dated 12.30.2022 |
| 48 | Signed SAFE Agreement for Spinney Enterprises ($75,000) dated 9.18.2019 |
| 49 | Term Note Spinney Enterprises dated 4.24.2018 |
| 50 | 150k Asset-Backed Investment Opportunity-47 Milford Street, Mendon |
| 51 | Master Business Plan-47 Milford Street, Mendon |
| 52 | Offer to Purchase Real Estate-47 Milford Street, Mendon |
| 53 | Email from Biernacki to Spinney on 2.12.2021, at 2:57 PM, Re: Signed document |
| 54 | $35,000 DCU Check (#1290) payble to Spinney Enterprises dated 8.31.2019 |
| 55 | $15,000 DCU Check (#1294) payable to Bruce Spinney dated 10.16.2019 |
| 56 | Pages from Communication Log from Spinney Credit Folder-10.10.2018-2.7.2020 Payoff Balance |
| 57 | Text Messsage Exchange between SPINNEY and Villatoro on 5.8.2019 |
| 58 | Photo of 130/134 Worcester Street, Grafton (3/26/2020) |
| 59 | Text Messsage Exchange between SPINNEY and Villatoro on 4.16.2020 |
| 60 | Video Clip of December 2, 2020 Select Board Meeting |
| 61 | Agreement of Purchase and Sale beteen SPINNEY and Cannaprenuer dated 9.4.2020 |
| 62 | Convertible Note Purchase Agreement between SPINNEY and Cannaprenuer dated 9.5.2020 |
| 63 | Email from SPINNEY to Tania Boardman on 9.23.2020 at 9:31 AM, re: *Noble Manna Investor List* |
| 64 | Email to Investors forwarded to SPINNEY on 10.13.2020, re: *Noble Manna Inc. - Investor Communication* |
| | Email from SPINNEY to Scott et al on 2.21.2021, at 8:57 a.m., re: General Accounting |
| 65 | HCU Membership Application dated 9.15.2014 |
| 66 | 2019 Account Statements |
| 67 | Deposit of $35,000 Check dated 8.31.2019 from Stephen Morrison into HCU-8106 |
| 68 | Check No. 429 - $20,38.60 to MNB dated 8.31.2019 from HCU-8106 |
| 69 | Check No. 437 - $31,250 to Fawaz El Khoury dated 9.3.2019 from HCU-8106 |
| 70 | Check No. 438 - $10,000 to Spinney Enterprises dated 9.9.2019 from HCU-8106 |
| 71 | Pages from Communication Log from Spinney Credit Folder-10.10.2018-2.7.2020 |
| 72 | HCU Certificate of Authenticity |
| 73 | Account Agreement dated 11.8.2018 for MNB-7219 |
| 74 | Account Statements for MNB-7219 from 1.1.2019 to 12.31.2019 |
| 75 | Deposit of $25,000 Check dated 9.20.2019 from Maloney into MNB-7219 |
| 76 | Checks Deposits into MNB-7219 from Morrison |

| 77 | Check Deposits into MNB-7219 from Daniel Page |
|----|----|
| 78 | Withdrawal Receipts from MNB-7219 on 10.19.2019 |
| 79 | Check 1749 from MNB-7219 payable to Town of Grafton for $10,430 dated 10.21.2019 |
| 80 | Wire Transfer of $27,000 from MNB-7219 to NS Leasing on 3.6.2020 |
| 81 | Account Agreement dated 10.18.2019 for MNB-1731 |
| 82 | Account Statements for MNB-1731 from 10.18.2019-8.31.2020 |
| 83 | Deposit of $75,000 Check dated 10.17.2019 from Tamgani into MNB-1731 |
| 84 | Wires from Tamgani $25,000 each on 10.23, 10.25 and 11.5.2019 into MNB-1731 |
| 85 | Deposit of $25,000 Check dated 11.5.2019 from Grenier into MNB-1731 |
| 86 | Deposit of $60,000 Check dated 11.13.2019 from Arcudi into MNB-1731 |
| 87 | Deposit of $50,000 Check dated 2.28.2020 from Swift into MNB-1731 |
| 88 | Summary of Investors Money Traced into Bank Accounts |
| 89 | Summary of All Investments |
| 90 | Money Flow from MNB-7219 (Spinney Enterprises) to MNB-1731 (Noble Manna) |
| 91 | Account Details for MNB-7219 (Spinney Enterprises) and MNB-1731 (Noble Manna) |
| 92 | Summary of Expenditures from MNB-7219 (Spinney Enterprises) to MNB-1731 (Noble Manna) |