UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) No. 24-CR-40016-MRG |
| BRUCE SPINNEY, <br>        Defendant | ) |

### DEFENDANT BRUCE SPINNEY'S ASSENTED-TO MOTION TO CONTINUE RULE 11 HEARING

The defendant, Bruce Spinney, by and through undersigned counsel, respectfully requests a 7- to 10-day continuance of the Rule 11 Hearing, currently scheduled for February 10, 2026. As grounds, the defendant needs an additional 7 to 10 days to address a personal issue relevant to his plea this matter. The personal issue has been known to the parties for a few months but recent developments necessitate additional time to address the matter.

Assistant U.S. Attorney Neil Gallagaher assents to a 7- to 10-day continuance of the Rule 11 Hearing.

February 5, 2026

Respectfully Submitted,
Bruce Spinney,
By His Attorney,

**/s/ William H. Connolly**
William H. Connolly
BBO # 634501
20 Park Plaza, Suite 1000
Boston, MA 02116
617-866-8610
whc@williamconnollylaw.com

**CERTIFICATE OF SERVICE**

      I, William H. Connolly, hereby certify that on this date, February 5, 2026, a copy of the foregoing document has been served via Electronic Court Filing system on all registered participants.

                                          **/s/ William H. Connolly**
                                          William H. Connolly, Esq.