UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | No. 24-CR-40016-MRG |
| BRUCE SPINNEY,<br>Defendant | ) | |

**DEFENDANT BRUCE SPINNEY'S ASSENTED-TO MOTION FOR A RULE 11 HEARING**

The defendant, Bruce Spinney, by and through undersigned counsel, respectfully asks this Court to schedule a Rule 11 hearing at its earliest convenience, as the defendant has entered into a plea agreement with the government and now wishes to change his plea.

Assistant U.S. Attorney Neil Gallagaher assents to this request.

September 8, 2026

Respectfully Submitted,
Bruce Spinney,
By His Attorney,

**/s/ William H. Connolly**
William H. Connolly
BBO # 634501
20 Park Plaza, Suite 1000
Boston, MA 02116
617-866-8610
whc@williamconnollylaw.com

**CERTIFICATE OF SERVICE**

I, William H. Connolly, hereby certify that on this date, September 8, 2026, a copy of the foregoing document has been served via Electronic Court Filing system on all registered participants.

**/s/ William H. Connolly**
William H. Connolly, Esq.